Exhibit A to Confidential Settlement Agreement

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB SCORING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANCIS SULLIVAN, INDIVIDUALLY, <br><br> NATIONAL JUNIOR BASEBALL LEAGUE, INC., <br><br> NJBL, INC., AND <br><br> ACTIVE WEB GROUP INC., <br><br> Defendants. | Case No. 2:12-cv-05134-JFB-WDW <br><br> STIPULATION OF DISMISSAL OF CROSS CLAIMS AND ENTRY OF AGREED ORDER <u>DISMISSING CROSS CLAIMS WITH PREJUDICE</u> |

  Defendants Francis Sullivan, National Junior League Baseball, Inc., and NJBL, Inc. (the "NJBL Parties") and Defendant Active Web Group, Inc. (Active Web), by and through their respective counsel, hereby stipulate and agree as follows:

  1. The NJBL Parties' Cross Claims against Active Web for breach of contract, unjust enrichment, fraud, and indemnification, and all other causes of action, claims, counterclaims, or cross claims which were, or which could have been, filed in the instant action by the NJBL Parties against Active Web (the "NJBL Parties' Cross Claims") shall be and are hereby dismissed with prejudice.

  2. Active Web's Cross Claims against the NJBL Parties for fraud and indemnity, and all other causes of action, claims, counterclaims, or cross claims which were, or which could have been, filed in the instant action by Active Web against the NJBL Parties (collectively,

603656060.4

with the NJBL Parties' Cross Claims, the "Cross Claims") shall be and are hereby dismissed with prejudice.

3. The Court shall retain jurisdiction for the sole purpose of interpreting, construing or enforcing the terms of the confidential settlement agreement entered into by Active Web and the NJBL Parties.

4. The NJBL Parties and Active Web shall each bear its own attorneys' fees and costs incurred in connection with the Cross Claims.

5. The Court may enter an order in the form attached hereto as Exhibit 1.

Dated: June 27, 2014

CARTER LEDYARD & MILBURN LLP

By: _____
Rose Auslander
2 Wall Street
New York, NY 10005
Telephone (212) 732-3200
Facsimile (212) 732-3232

*Attorneys for Defendants Francis Sullivan, National Junior Baseball League, Inc. and NJBL, Inc.*

BAKER & HOSTETLER LLP

By: _____
Donna A. Tobin
Kimberly M. Maynard
45 Rockefeller Plaza
New York, NY 10111
Telephone (212) 589-4200
Facsimile (212) 589-4201

*Attorneys for Defendant Active Web Group, Inc.*

- 2 -

603656060.4

Exhibit 1

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB SCORING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANCIS SULLIVAN, INDIVIDUALLY, <br><br> NATIONAL JUNIOR BASEBALL LEAGUE, INC., <br><br> NJBL, INC., AND <br><br> ACTIVE WEB GROUP INC., <br><br> Defendants. | Case No. 2:12-cv-05134-JFB-WDW <br><br><br> ORDER DISMISSING CROSS CLAIMS WITH PREJUDICE |

THIS CAUSE came before the Court upon the Stipulation of Dismissal of Cross Claims and Entry of Agreed Order Dismissing Cross Claims with Prejudice (the "Joint Stipulation"), and this Court having considered the Joint Stipulation and being otherwise fully apprised in its premises, hereby ORDERS AND ADJUDGES as follows:

1. The Cross Claims of Francis Sullivan, National Junior League Baseball, Inc., and NJBL, Inc. (the "NJBL Parties") against Active Web Group, Inc. ("Active Web") for breach of contract, unjust enrichment, fraud, and indemnification and all other causes of action, claims, counterclaims, or cross claims which were, or which could have been, filed in the instant action (the "NJBL Parties' Cross Claims") shall be and are hereby dismissed with prejudice.

2. Active Web's Cross Claims against the NJBL Parties for fraud and indemnity, and all other causes of action, claims, counterclaims, or cross claims which were, or which could have been, filed by Active Web against the NJBL Parties in the instant action (collectively,

603656060.4

with the NJBL Parties' Cross Claims, the "Cross Claims") shall be and are hereby dismissed with prejudice.

3. This Court shall retain jurisdiction of this action for the sole purpose of interpreting, construing or enforcing the terms of the confidential settlement agreement entered into by Active Web and the NJBL Parties.

4. The NJBL Parties and Active Web shall each bear its own attorneys' fees and costs incurred in connection with the Cross Claims.

DONE AND ORDERED, this ___ day of _____ 2014.

Hon. Joseph F. Bianco<br>
UNITED STATES DISTRICT JUDGE